IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL MONROE,<br><br>        Plaintiff,<br><br>vs.<br><br>SUN NEWSPAPERS OF LINCOLN, INC.,<br><br>        Defendant. | 4:14CV3152<br><br>**ORDER** |

As requested in the parties' motion, (filing no. 21), which is hereby granted,

IT IS ORDERED that the final progression order is as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is June 1, 2015.  Motions to compel Rule 33 through 36 discovery must be filed by June 15, 2015
**Note:**  Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is May 1, 2015.

3) The deadline for serving complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is June 1, 2015.

4) The deadline for serving any rebuttal expert reports is June 15, 2015.

5) The deadline for deposing fact witnesses is June 15, 2015.

6) The deadline for deposing expert witnesses is July 3, 2015.

7) The deadline for filing motions to dismiss and motions for summary judgment is July 15, 2015.[1]

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or

8) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 15, 2015.

9) All other deadlines and settings are unchanged.

Dated this 3rd day of April, 2015

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge

---

in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.