IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL MONROE,<br><br>    Plaintiff,<br><br>vs.<br><br>SUN NEWSPAPERS OF LINCOLN, INC.,<br><br>    Defendant. | 4:14CV3152<br><br>**AMENDED PROGRESSION ORDER** |

The Joint Motion to Amend Progression Order (Filing #24) is granted. The Amended Progression Order is as follows:

1)  The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is September 30, 2015. Motions to compel Rule 33 through 36 discovery must be filed by October 30, 2015.

2)  The deadline for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is October 30, 2015. Deadline for rebuttal expert reports is November 20, 2015.

3)  The deposition deadline for fact witnesses is September 30, 2015. The deposition deadline for expert witnesses is December 31, 2015.

4)  The deadline for filing motions to dismiss and motions for summary judgment is February 9, 2016.

5)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds is February 9, 2016.

6)  A telephonic conference with the undersigned magistrate judge will be held on at **October 13, 2015 at 10:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

7)  The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on April 25, 2016 at 10:00 a.m., and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00

p.m. on April 22, 2016. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

8) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on May 9, 2016, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

9) Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

10) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

Dated this 3rd day of June, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge