IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL MONROE,<br><br>            Plaintiff,<br><br>vs.<br><br>SUN NEWSPAPERS OF LINCOLN, INC.,<br><br>            Defendant. | 4:14CV3152<br><br>**ORDER** |

The parties have advised that this case is settled, but the terms of the settlement cannot be completed before February 19, 2016.

Accordingly,

IT IS ORDERED:

1) The parties' joint motion, (Filing No. 29), is granted, and the progression schedule for this case is stayed;

2) On or before March 4, 2016, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case;

3) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

4) The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes.

October 8, 2015.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge