IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PAUL MONROE, | |
|---|---|
| Plaintiff, | 4:14-CV-3152 |
| vs. | JUDGMENT |
| SUN NEWSPAPERS OF LINCOLN, INC., | |
| Defendant. | |

Upon the parties' Joint Stipulation to Dismiss with Prejudice (filing 31), this matter is dismissed with prejudice, with each party to bear their own fees and costs.

Dated this 11th day of February, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge